**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HOPE PEREZ, | Case No. 1:19-cv-01182-SAB |
| Plaintiff, | ORDER RE STIPULATION FOR EXTENSION OF TIME |
| vs. | (ECF No. 13) |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

On April 17, 2020, a stipulation was filed to extend time for Plaintiff to file her opening brief in this action.  The Court finds that good cause exists to grant the extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Plaintiff shall file her opening brief on or before May 17, 2020;

2. Defendant's opposition shall be filed on or before June 16, 2020; and

3. Plaintiff's reply, if any, shall be filed on or before July 1, 2020.

IT IS SO ORDERED.

Dated:   **April 17, 2020**

_____
UNITED STATES MAGISTRATE JUDGE