# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE PEREZ,<br><br>        Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>        Defendant. | Case No. 1:19-cv-01182-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME<br><br>(ECF No. 15) |

On May 18, 2020, a stipulation was filed to extend the time for Plaintiff to file an opening brief in this action. (ECF No. 15.) The Court finds good cause to grant the requested extension of time.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that:

1.   Plaintiff shall file her opening brief on or before June 17, 2020;

2.   Defendant's opposition shall be filed on or before July 17, 2020; and

3.   Plaintiff's reply, if any, shall be filed on or before August 3, 2020.

IT IS SO ORDERED.

Dated:   **May 19, 2020**

UNITED STATES MAGISTRATE JUDGE

1