# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOPE PEREZ,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:19-cv-01182-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT<br><br>(ECF No. 23) |

    Hope Perez ("Plaintiff") filed this action challenging the denial of benefits by the Commissioner of Social Security ("Defendant"). On July 21, 2020, the action was remanded for further proceedings by stipulation of the parties. On September 23, 2020, a stipulation for the award of attorney fees was filed.

    Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that Plaintiff is awarded attorney fees and expenses in the amount of seven thousand dollars and 00/100, ($7,000.00), under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920 subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:  **September 23, 2020**

                                                  UNITED STATES MAGISTRATE JUDGE